**P. M. McConathy, Appellee, v. W. L. McConathy, Executor of Last Will and Testament of Mary J. McConathy, Deceased, and Administrator pro tem of Mary J. McConathy, Deceased, Appellant.**

Gen. No. 9,301.

 Heard in this court at October term, 1941; opinion filed February 24, 1942; rehearing denied May 5, 1942. H. B. Tunnell, for appellant; Dennis J. Godfrey, for appellee. Opinion by JUSTICE FULTON. "Not to be published in full."